IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO MENDEZ,<br><br>    Plaintiff,<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC, et al.,<br><br>    Defendants | No. C-09-3890 MMC<br><br>**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE TO REFILING COMPLAINT IN STATE COURT; AFFORDING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; DEFERRING RULING ON PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS** |

    Before the Court is plaintiff's complaint and application to proceed in forma pauperis, each of which was filed August 24, 2009.[1]

    Where a party seeks to proceed in forma pauperis, the district court must dismiss the complaint if the court determines the plaintiff has failed to state a claim upon which relief can be granted. See 28 U.S.C. § 1915(e)(2)(B)(i), (ii).

    In his complaint, plaintiff alleges the Court has diversity jurisdiction over the instant complaint, in which plaintiff alleges the following three claims arising under state law: (1) a First Cause of Action, by which plaintiff seeks a declaration that, in the event defendants institute proceedings under state law to "remove [p]laintiff from his property," plaintiff has a legitimate defense thereto (see Compl. ¶¶ 30-31); (2) a Second Cause of

---

[1] The matter was reassigned to the undersigned on November 17, 2009.

1 Action, by which plaintiff seeks an injunction to prohibit defendants from instituting a "non-
2 judicial foreclosure action" (see Compl. ¶¶ 33-35); and (3) a Third Cause of Action, by
3 which plaintiff seeks cancellation of a deed of trust, for the alleged reason the deed is
4 "unenforceable" because defendants have not produced "the original note" (see Compl.
5 ¶ 41).

6     A district court has diversity jurisdiction over an action "where the matter in
7 controversy exceeds the sum or value of $75,000, exclusive of interest and costs," see 28
8 U.S.C. § 1332(a), and is between "citizens of different States," see 28 U.S.C. § 1332(a)(1).
9 Plaintiff has failed, however, to allege any facts to support a finding that the instant action is
10 between citizens of different States.  Moreover, plaintiff appears to have alleged that the
11 instant action is not between citizens of different states, in light of plaintiff's allegation that
12 he "resides" in California (see Compl. ¶ 8) and that defendant WMC Mortgage Corporation
13 "is organized and exist[s] under the laws of California" (see Compl. ¶ 2).  Consequently,
14 plaintiff has failed to state a claim over which a federal district court would have diversity
15 jurisdiction.

16     Accordingly, the complaint is hereby DISMISSED, pursuant to 28 U.S.C. § 1915(b),
17 and without prejudice to plaintiff's refiling his claims in state court.  In the alternative, if
18 plaintiff can allege a claim or claims over which a federal court would have jurisdiction,
19 plaintiff is hereby afforded leave to file, no later than December 4, 2009, a First Amended
20 Complaint.

21     The Court hereby DEFERS ruling on plaintiff's application to proceed in forma
22 pauperis until December 4, 2009.

23     **IT IS SO ORDERED.**

24

25 Dated:  November 19, 2009

                        MAXINE M. CHESNEY
26                         United States District Judge

27

28