IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERGIO MENDEZ,

        Plaintiff,

v.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC, et al.,

        Defendants

No. C-09-3890 MMC

**ORDER DISMISSING ACTION WITHOUT PREJUDICE; GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS; DIRECTIONS TO CLERK**

By order filed November 19, 2009, the Court dismissed plaintiff's complaint for the reason plaintiff had failed to allege a claim over which a district court would have subject matter jurisdiction, and afforded plaintiff leave to file, no later than December 4, 2009, a First Amended Complaint ("FAC"). Plaintiff has not filed a FAC.

Accordingly, for the reasons stated in the Court's November 19, 2009 order, the instant action is hereby DISMISSED for lack of subject matter jurisdiction, and without prejudice to plaintiff's realleging his claims in a state court.

Plaintiff's application to proceed in forma pauperis is hereby GRANTED.

The Clerk is hereby DIRECTED to close the file.

**IT IS SO ORDERED.**

Dated: December 14, 2009

MAXINE M. CHESNEY
United States District Judge