IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERGIO MENDEZ,

        Plaintiff,

  v.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al.,

        Defendants.

    No. CV-09-3890 MMC

    **JUDGMENT IN A CIVIL CASE**

**( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** the instant action is hereby DISMISSED for lack of subject matter jurisdiction, and without prejudice to plaintiff's re-alleging his claims in a state court.

Dated: December 14, 2009

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk